ERIC FORSSEN, Plaintiff-Appellant, *v.* DUANE H. RIEKE, Defendant-Appellee.

(No. 56026;

First District (1st Division)—February 26, 1973.

*Rehearing denied March 26, 1973.*

Opinion by Mr. JUSTICE GOLDBERG.

Louis G. Davidson, of Chicago, (Robert B. Patterson, of counsel,) for appellant.

John T. Burke and Tom L. Yates, both of Chicago, (Robert Guritz, of counsel,) for appellee.